**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| AMINATA PAULINE FALL, | ) | |
| AKA AMINATA P. FALL, | ) | CASE NO. 15-66021-JRS |
| | ) | |
| Debtor. | ) | |

**POST-CONFIRMATION MODIFICATION OF PLAN**
**AND REQUEST FOR ITS APPROVAL**

Aminata Pauline Fall, Debtor, proposes to modify the confirmed Chapter 13 plan in this case as set forth below and requests that this modification be approved.

**MODIFICATION OF PLAN**

Aminata Pauline Fall, Debtor, hereby modifies the Chapter 13 Plan, which the Court confirmed on February 17, 2016, as follows:

Paragraph 2 of the Chapter 13 Plan is modified such that the ongoing payment is increased to $3400.00 per month.

This  24th  day of May , 2018.

Respectfully Submitted by,
BURROW & ASSOCIATES, LLC

_____/s/_____
Brien Nelson
Attorney for the Debtor
Georgia Bar No.530422
2280 Satellite Blvd.
Bldg. A, Suite 100
Duluth, Georgia 30097
(678) 942-8640
burrowlaw@yahoo.com

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## DECLARATION UNDER PENALTY OF PERJURY

I, Aminata Pauline Fall, being of legal age do hereby verify and state that all of the information set forth in the foregoing amendment/pleading is true and correct to the best of my knowledge, information and belief.

This  24th  day of May , 2018.

/s/
AMINATA PAULINE FALL

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| AMINATA PAULINE FALL, | ) | |
| AKA AMINATA P. FALL, | ) | CASE NO. 15-66021-JRS |
| | ) | |
| Debtor. | ) | |

**NOTICE OF FILING OF MODIFICATION OF CONFIRMED PLAN,**
**DEADLINE FOR FILING WRITTEN OBJECTIONS AND**
**HEARING DATE AND TIME IF OBJECTION IS TIMELY FILED**

**To: Creditors and Other Parties in Interest**

**PLEASE TAKE NOTICE** that Debtor has filed a proposed modification to the confirmed plan in this case, a copy of which modification you are receiving with this Notice or have recently received by mail. Pursuant to Rule 3015(g) of the Federal Rules of Bankruptcy Procedure, any creditor or other party in interest opposing this proposed Modification must file that objection in writing with the Court on or before the following deadline.

**DEADLINE FOR FILING OBJECTION:** Twenty-four (24) days after the date on which this proposed Modification was filed. The proposed modification was filed on June 5, 2018. If the twenty-fourth day after the date of filing falls on a week-end or holiday, the deadline is extend to the next business day.

**PLACE OF FILING:** Clerk, United States Bankruptcy Court
Room 1340, United States Courthouse
Richard B. Russell Building
75 Ted Turner Dr., SW
Atlanta, GA  30307-3367

If you mail an objection to the Court for filing, you must mail it early enough so the Court will receive it on or before the deadline stated above.

You must also serve a copy on the undersigned at the address stated below and on the Debtor at: Aminata Pauline Fall, 380 Wildwood Point, Atlanta, GA  30349.

**PLEASE TAKE FURTHER NOTICE** that if an objection to the proposed Modification is timely filed, the Court will hold a hearing on the modification on **July 24, 2018 at 10:15 am**

**in Courtroom 1404**, United States Courthouse, 75 Ted Turner Dr., SW, Atlanta, Georgia. **If no objection is timely filed, the Court may approve the proposed modification without further notice or hearing.**

This  5th  day of  June , 2018.

                                                  /s/
Brien Nelson
Attorney for the Debtor
Georgia Bar No.530422
2280 Satellite Blvd.
Bldg. A, Suite 100
Duluth, Georgia 30097
(678) 942-8640
burrowlaw@yahoo.com

**CERTIFICATE OF SERVICE**

    I do hereby certify that I have this day served the within and foregoing Post-Confirmation Modification of Chapter 13 Plan and Notice by depositing same in the United States mail, properly addressed as follows:

Nancy J. Whaley<br>
Chapter 13 Trustee<br>
303 Peachtree Center Avenue NE<br>
Suite 120, Suntrust Plaza Garden Offices<br>
Atlanta, GA 30303<br>
<br>
Aminata Pauline Fall<br>
380 Wildwood Point<br>
Atlanta, GA 30349

    A copy of this Post-Confirmation Modification and Notice has been mailed to all creditors listed on the attached mailing matrix.

    This 5th day of June, 2018.

Respectfully Submitted by,
BURROW & ASSOCIATES, LLC

/s/

Darrell L. Burrow
Attorney for the Debtor
Georgia Bar No. 097495
2470 Satellite Blvd.
Suite 100
Duluth, Georgia 30096
(678) 942-8640
burrowlaw@yahoo.com

```
Label Matrix for local noticing          American Express Centurion Bank          Darrell L. Burrow
113E-1                                   c/o Becket and Lee LLP                   Burrow & Associates, LLC
Case 15-66021-jrs                        POB 3001                                 Building A, Suite 100
Northern District of Georgia             Malvern, PA 19355-0701                   2280 Satellite Blvd.
Atlanta                                                                           Duluth, GA 30097-5000
Mon Jun  4 14:19:22 EDT 2018

Calvin M Mosely, Jr.                     Calvin M. Mosley,  Jr.                   Calvin Mosley Jr
c/o Will Geer                            Calvin Mosley                            4025 Cascade Rd SW
333 Sandy Springs Circle, NE             c/o Will Geer                            Atlanta, GA 30331-7241
Suite 225                                333 Sandy Springs Circle, NE, Suite 225
Atlanta, Georgia 30328-3866              Atlanta, Georgia 30328-3866

Capial One NA                            Capital One Bank (USA), N.A.             Capital One Bank (USA), N.A.
2730 Liberty Avenue                      PO Box 71083                             by American InfoSource LP as agent
Pittsburgh, PA 15222-4704                Charlotte, NC  28272-1083                PO Box 71083
                                                                                  Charlotte, NC  28272-1083


Comenity Bank/Ann Taylor                 Dept Of Education/neln                   Aminata P. Fall
Attention: Bankruptcy                    121 S 13th St                            380 Wildwood Point
Po Box 182686                            Lincoln, NE 68508-1904                   Atlanta, GA 30349-4063
Columbus, OH 43218-2686


Fulton County Tax Commissioner           Fulton County Tax Commissioner           Will B. Geer
141 Pryor St. Suite 1113                 41 Pryor St.                             Law Office of Will B. Geer, LLC
Atlanta GA 30303-3566                    Atlanta GA  30348                        Suite 225
                                                                                  333 Sandy Springs Circle, NE
                                                                                  Atlanta, GA 30328-3866

Will B. Geer                             (p)GEORGIA DEPARTMENT OF REVENUE         Hyundai Capital America DBA Hyundai Motor Fi
Wiggam & Geer, LLC                       COMPLIANCE DIVISION                      PO Box 20809
Suite 225                                ARCS BANKRUPTCY                          Fountain Valley, CA 92728-0809
333 Sandy Springs Circle, NE             1800 CENTURY BLVD NE SUITE 9100
Atlanta, GA 30328-3866                   ATLANTA GA 30345-3202

Hyundai Finc                             Internal Revenue Service                 One Main Financial
Attn: Bankruptcy                         P.O. Box 7346                            1820 Georgia Highway 20/138
Pob 20809                                Philadelphia, PA 19101-7346              Conyers, GA 30013-2076
Fountain Valley, CA 92728-0809


Quantum3 Group LLC as agent for          The Hilbert Law Firm                     U. S. Attorney
Comenity Bank                            400 Perimeter Center Terrace NW          600 Richard B. Russell Bldg.
PO Box 788                               Suite 900                                75 Spring Street, SW
Kirkland, WA  98083-0788                 Atlanta, GA 30346                        Atlanta GA 30303-3315


U.S. Department of Education C/O Nelnet  WELLS FARGO BANK, N.A.                   Wells Fargo
3015 South Parker Road, Suite 400        MAC: X2505-036                           PO Box 5156
Aurora, CO 80014-2904                    PO BOX 10438                             Sioux Falls, SD 57117-5156
                                         DES MOINES, IA 50306-0438


Wells Fargo                              Wells Fargo Card Services                Nancy J. Whaley
Po Box 14517                             1 Home Campus 3rd Floor                  Nancy J. Whaley, Standing Ch. 13 Trustee
Des Moines, IA 50306-3517                Des Moines, IA 50328-0001                303 Peachtree Center Avenue
                                                                                  Suite 120, Suntrust Garden Plaza
                                                                                  Atlanta, GA 30303-1216
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Georgia Department of Revenue
Compliance Division
ARCS Bankruptcy
1800 Century Blvd. NE, Suite 9100
Atlanta, GA 30345-3202

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| (d)American Express Centurion Bank | (u)Calvin M. Mosley | End of Label Matrix | |
|---|---|---|---|
| c/o Becket and Lee LLP | | Mailable recipients | 29 |
| PO Box 3001 | | Bypassed recipients | 2 |
| Malvern  PA 19355-0701 | | Total | 31 |